## MEMORANDUM DECISIONS.

### 1
### Charles L. BRALEY, Appellant, v. Richard H. MELZER, Appellee.

(Court of Appeals of District of Columbia.
Submitted March 10, 1926. Decided
April 5, 1926.)

Patent Appeal No. 1847.

E. L. Hyde, of Cleveland, Ohio, for appellant.

H. P. Denison and E. A. Thompson, both of Syracuse, N. Y., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice. This is an appeal from a decision of the Patent Office in an interference proceeding awarding priority of invention to the party Melzer.

The invention is simple and specifically relates to a treadle operating toggle mechanism for closing the press in a garment pressing machine. Braley has taken no testimony, and therefore is restricted to his filing date of December 8, 1916, for conception and constructive reduction to practice. The Board of Examiners in Chief and the Assistant Commissioner, after a careful analysis of the testimony, found that Melzer conceived the invention in 1915 and that his conception was followed by due diligence.

The question is one of fact, and we are quite content to rest our decision upon the conclusions of those two tribunals. Considering the circumstances surrounding Melzer, by which the question of diligence must be determined, we are fully convinced that he has established diligence within the rule announced in Joy v. Morgan, 54 App. D. C. 110, 295 F. 931. The decision therefore is affirmed.

Affirmed.

### 2
### In re LINDSBORG MILLING & ELEVATOR CO.

(Court of Appeals of District of Columbia.
Submitted November 17, 1925. Decided
April 5, 1926.)

Patent Appeal No. 1823.

E. T. Fenwick and C. R. Allen, both of Washington, D. C., for appellant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and SMITH, Judge of the United States Court of Customs Appeals.

SMITH, Acting Associate Justice. This is an appeal from the decision of the Commissioner holding that the words "Safety First" were the insignia of the National Council for Industrial Safety, and that they were not registerable under section 5 of the Act of February 20, 1905 (Comp. St. § 9490).

The facts and the questions raised in this case are substantially the same as those passed upon by this court in the Matter of the Application of the Mason Tire & Rubber Co., Patent Appeal No. 1784, 11 F.(2d) 556, decided March 1, 1926, and on the authority of that case the decision of the Commissioner is affirmed.

### 3
### Olive A. McGREW, Appellant, v. John L. McGREW and Catharine D. McGrew, Appellees. *

(Court of Appeals of District of Columbia.
Submitted February 3, 1926. Decided
April 5, 1926.)

No. 4305.

H. E. Davis, of Washington, D. C., for appellant.

B. S. Minor, H. P. Gatley, H. B. Rowland, A. P. Drury, and S. D. Willis, all of Washington, D. C., for appellees.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

VAN ORSDEL, Associate Justice. This case was here on a former appeal. McGrew v. McGrew, 54 App. D. C. 331, 299 F. 204. It is conceded on all sides that the identical questions are again raised that were present and decided in the former case. Counsel for plaintiff in open court stated that, if consistency were indulged by the court, affirmance must necessarily follow. We find no occasion to depart from the well-established procedure in this particular.

The judgment is affirmed, with costs.

*Certiorari denied 46 S. Ct. 633, 70 L. Ed. ——.